### In re Anton HUBER and Horst Neiderlein.

#### No. 03–1036.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2002.

ON MOTION

*ORDER*

Upon consideration of the unopposed motion of Anton Huber et al. to voluntarily dismiss their appeal,

IT IS ORDERED THAT:

(1) The motion is granted and the appeal is dismissed.

(2) Each side shall bear its own costs.

### Michael WARD, Petitioner,

v.

### FEDERAL COMMUNICATIONS COMMISSION, Respondent.

#### No. 02–3410.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2002.

ORDER

The appeal having been docketed in error,

IT IS ORDERED:

That the appeal is DISMISSED.